**The Law Offices of Jeffrey Lohman, P.C.**
Alyson Dykes – Bar # 319835
4740 Green River Road
Suite 310
Corona, CA 92880
(657) 500-4317
Email: AlysonD@jlohman.com
Attorney for Plaintiff,
MONETH DE LA CRUZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETH DE LA CRUZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　Defendant. | Case No. 3:18-cv-00836-AJB-WVG<br><br>Assigned to Judge Anthony J. Battaglia;  Referred to Magistrate Judge William V. Gallo<br><br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

Plaintiff MONETH DE LA CRUZ notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement

- 2 -

1  documents and filing the appropriate dismissal pleadings. The parties request that
2  the Court retain jurisdiction for sixty (60) days for any matters related to completing
3  and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 14th day of September, 2018.

By: */s/ Alyson J. Dykes*
Alyson J. Dykes
Attorney for Plaintiff,
MONETH DE LA CRUZ

1

## CERTIFICATE OF SERVICE

2  I certify that on September 14, 2018 I filed Plaintiff Moneth De La Cruz's Notice
3  of Settlement using the CM/ECF system, which will provide notice to the
following:
4

5
Chelsea L. Diaz
6  Huner R. Eley
**DOLL AMIR & ELEY LLP**
7  1888 Century Park East, Suite 1850
8  Los Angeles, California 90067
T: 310-557-9100
9  F: 310-557-9101
10  heley@dollamir.com
cdiaz@dollamir.com
11

12

13                                          */s/ Alyson J. Dykes*
Alyson J. Dykes
14                                          The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
15                                          Corona, California 92880
T: (657) 500-4317
16                                          E: Alysond@jlohman.com
Attorney for Plaintiff,
17                                          MONETH DE LA CRUZ

18

19

20

21

22

23

24

25