UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETH DE LA CRUZ,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NA.,<br><br>        Defendant. | Case No: 3:18-cv-00836-AJB-WVG |

**ORDER**

    **IT IS HEREBY ORDERED** based on the Joint Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

    Dated this ____ day of _____, 2018.

_____

UNITED STATES DISTRICT COURT JUDGE