# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONETH DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NA.,<br><br>Defendant. | Case No: 3:18-cv-00836-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 15)** |

**IT IS HEREBY ORDERED** based on the Joint Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

IT IS S ORDERED.

Dated: November 16, 2018

Hon. Anthony J. Battaglia
United States District Judge